IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| SHON MACIAS,<br>    Plaintiff, | § § § | |
| v. | § § | EP-24-CV-347-DB |
| LELAND C. DUDEK, *Acting*<br>*Commissioner of the Social Security*<br>*Administration,*<br>    Defendant. | § § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day, the Court considered United States Magistrate Judge Laura Enriquez's ("Judge Enriquez") "Report & Recommendation" ("R & R"), ECF No. 20, filed on August 29, 2025. Therein, Judge Enriquez recommends this Court should affirm the Commissioner of the Social Security Administration's decision in Plaintiff Shon Macias' case regarding social security benefits. *Id.* at 1. No party filed any objections to this R&R within fourteen days to ensure this Court's *de novo* review of Judge Enriquez's order. Therefore, this Court reviews Judge Enriquez's R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1). After due consideration of the arguments and pleadings, and because this Court finds no clear error, the R&R is adopted in full.

Accordingly, **IT IS HEREBY ORDERED** that the United States Magistrate Judge Laura Enriquez's "Report and Recommendation," ECF No. 20, is **ADOPTED**.

**IT IS FURTHER ORDERED** that the decision of Defendant Leland C. Dudek, Acting Commissioner of the Social Security Administration, is **AFFIRMED**.

SIGNED this 15th day of **September 2025**.

_____
**HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**